```
Dennis John Woodruff, Esq.  SBN 56369
Law Office of Dennis John Woodruff
886 Longridge Road
Oakland, California  94610
Tel.: 510-625-9544
Fax: 510-891-2317
Email: Dennis@WoodruffLawGroup.com
```

Attorney for Plaintiff, CAROL BENZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL BENZ, | ) CASE NO.  C13-1361 WHA |
| Plaintiff, | ) |
| v. | ) STIPULATION TO |
|  | ) CHANGE DATE OF CMC |
| THE CLOROX COMPANY, | ) AND ORDER |
| Defendant. | ) |

Plaintiff does hereby request that the Initial Case Management Conference date of June 27 be reset for the reason that he has a time-share vacation scheduled that week which cannot be changed.

The parties, through their attorneys, do hereby stipulate to changing the date of the Initial Case Management Conference from June 27 to July 11, 2013, which is the next Thursday that the Court's Civil Law and Motion Calendar is heard.

///
///
///
///
///

Stipulation to Change Date of CMC and Order
-1-

1   A proposed revised Case Management Schedule is attached.

3   Dated: _____

    Dennis John Woodruff,
    Attorney for Plaintiff, Carol Benz

6   Dated: 5/13/2013                            /s/ Susan W. Pangborn

    Susan Pangborn,
    Attorney for Defendant, Clorox Company

9   SO ORDERED. A joint case management statement is due at least seven days prior.
        THERE WILL BE NO FURTHER CONTINUANCES.

11  Dated: May 14, 2013. _____

    Judge William H. Alsup

    IT IS SO ORDERED
    AS MODIFIED
    /s/ Wm Alsup
    Judge William Alsup

    UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA

BENZ v. CLOROX, Case No. 13-1361 WHA

### PROPOSED REVISED CASE MANAGEMENT SCHEDULE

| Date | Event |
|---|---|
| 6-19-13 | Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan |
| 7-3-13 | Last day to file Rule 26(f) Report, complete initial disclosures, or state objection to Rule 26(f) Report and file Case Management Statement per attached Standing Order re contents of CMC. |
| 7-11-13 | Initial Case Management Conference (CMC) Courtroom 8, 19th Floor, San Francisco, at 11:00 a.m. |