1  Dennis John Woodruff, Esq.  SBN 56369
   Law Office of Dennis John Woodruff
2  886 Longridge Road
   Oakland, California  94610
3  Tel.: 510-625-9544
   Fax: 510-891-2317
4  Email: Dennis@WoodruffLawGroup.com

5  Attorney for Plaintiff, CAROL BENZ

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 CAROL BENZ,                          ) CASE NO.  C13-1361 WHA
                                        )
12         Plaintiff,                   )
                                        ) STIPULATION TO
13 v.                                   ) CHANGE DATE OF CMC
                                        ) AND ORDER
14 THE CLOROX COMPANY,                  )
                                        )
15         Defendant.                   )
   _____)

16

17

18       Plaintiff does hereby request that the Initial Case Management Conference date of June 27
19 be reset for the reason that he has a time-share vacation scheduled that week which cannot be
20 changed.
21       The parties, through their attorneys, do hereby stipulate to changing the date of the Initial
22 Case Management Conference from June 27 to July 11, 2013, which is the next Thursday that the
23 Court's Civil Law and Motion Calendar is heard.
24 ///
25 ///
26 ///
27 ///
28 ///

                        Stipulation to Change Date of CMC and Order
                                          -1-

A proposed revised Case Management Schedule is attached.

Dated: _____   _____
Dennis John Woodruff,
Attorney for Plaintiff, Carol Benz

Dated: 5/13/2013   */s/ Susan W. Pangborn*
Susan Pangborn,
Attorney for Defendant, Clorox Company

SO ORDERED. A joint case management statement is due at least seven days prior. THERE WILL BE NO FURTHER CONTINUANCES.

Dated: May 14, 2013.   _____
Judge William H. Alsup

IT IS SO ORDERED AS MODIFIED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation to Change Date of CMC and Order
-2-

BENZ v. CLOROX, Case No. 13-1361 WHA

**PROPOSED REVISED CASE MANAGEMENT SCHEDULE**

| Date | Event |
| --- | --- |
| 6-19-13 | Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan |
| 7-3-13 | Last day to file Rule 26(f) Report, complete initial disclosures, or state objection to Rule 26(f) Report and file Case Management Statement per attached Standing Order re contents of CMC. |
| 7-11-13 | Initial Case Management Conference (CMC) Courtroom 8, 19th Floor, San Francisco, at 11:00 a.m. |

**Stipulation to Change Date of CMC and Order**
-3-