UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL BENZ,<br><br>    Plaintiff,<br><br>        v.<br><br>THE CLOROX COMPANY,<br><br>    Defendant.<br>_____/ | CASE NO. C13-01361 WHO<br><br><br>AMENDED STIPULATION AND<br>ORDER SELECTING ADR<br>PROCESS |

Counsel report that they have had additional conferences regarding ADR and seek to amend their previously-filed stipulation under Civil L.R. 16-8 and ADR L.R. 3-5 as follows:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note:  Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
X   Private ADR (*please identify process and provider*)  <u>The parties consent to private mediation before Mark S. Rudy</u>.

The parties agree to hold the ADR session by:
☐   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

X   other requested deadline  <u>On or by October 31, 2013, subject to the mediator's availability.</u>

Dated: <u>8-15-2013</u>                                  <u>/s/ Dennis J. Woodruff</u>
                                                                             Attorney for Plaintiff

Dated: <u>8-15-2013</u>                                  <u>/s/ Susan W. Pangborn</u>
                                                                             Attorney for Defendant

**ORDER**

☒ The parties' amended stipulation is adopted and IT IS SO ORDERED.
☐ The parties' amended stipulation is modified as follows, and IT IS SO ORDERED.

Dated: August 16, 2013

_____
Judge William H. Orrick
UNITED STATES JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11        US2008 4834799 1