UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


CAROL BENZ,                                          CASE NO. C13-01361 WHO

      Plaintiff,

          v.                                      AMENDED STIPULATION AND
                                                    ORDER SELECTING ADR
                                                    PROCESS
THE CLOROX COMPANY,

      Defendant.

_____/

      Counsel report that they have had additional conferences regarding ADR and seek to
amend their previously-filed stipulation under Civil L.R. 16-8 and ADR L.R. 3-5 as follows:

The parties agree to participate in the following ADR process:

      **Court Processes:**
      ☐     Non-binding Arbitration (ADR L.R. 4)
      ☐     Early Neutral Evaluation (ENE) (ADR L.R. 5)
      ☐     Mediation (ADR L.R. 6)

*(Note:  Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR must participate in an
ADR phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

      **Private Process:**
      X     Private ADR (*please identify process and provider*)  The parties consent to private
           mediation before Mark S. Rudy.

The parties agree to hold the ADR session by:
      ☐     the presumptive deadline *(The deadline is 90 days from the date of the order
           referring the case to an ADR process unless otherwise ordered.)*

      X     other requested deadline  On or by October 31, 2013, subject to the mediator's
           availability.


Dated: 8-15-2013                                    /s/ Dennis J. Woodruff
                                                    Attorney for Plaintiff


Dated: 8-15-2013                                    /s/ Susan W. Pangborn
                                                    Attorney for Defendant

**ORDER**

☒ The parties' amended stipulation is adopted and IT IS SO ORDERED.
☐ The parties' amended stipulation is modified as follows, and IT IS SO ORDERED.

Dated: _____August 16, 2013_____

Judge William H. Orrick
UNITED STATES JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 2008  US2008 4834799 1