LAW OFFICE OF DENNIS JOHN WOODRUFF
DENNIS JOHN WOODRUFF (State Bar No. 56369)
dennis@woodrufflawgroup.com
886 Longridge Road
Oakland, CA  94610
Telephone:     (510) 625-9544
Facsimile:      (510) 891-2317

Attorney for Plaintiff
CAROL BENZ

KILPATRICK TOWNSEND & STOCKTON LLP
SUSAN W. PANGBORN (State Bar No. 282533)
spangborn@kilpatricktownsend.com
Eighth Floor, Two Embarcadero Center
San Francisco, CA  94111
Telephone:   415 576 0200
Facsimile:     415 576 0300
FLORA MANSHIP (admitted *pro hac vice*)
fmanship@kilpatricktownsend.com
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Telephone:  (404) 541-6691
Facsimile:   (404) 815-6555

Attorneys for Defendant
THE CLOROX COMPANY

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROL BENZ,<br><br>         Plaintiff,<br><br>    v.<br><br>THE CLOROX COMPANY,<br><br>         Defendant. | Case No. 13-cv-01361 WHO<br><br>**STIPULATED ORDER TO EXTEND EXPERT DEADLINES**<br><br>Hon. Judge William H. Orrick |

     Plaintiff Carol Benz and Defendant The Clorox Company (the "parties"), pursuant to Local Rule 6.1(b), hereby request that the Court approve the following revised expert deadlines, to which the parties have stipulated.  The parties seek to extend the period of time in which to designate initial and rebuttal experts and to conduct expert discovery.  Extension of these

deadlines will not affect a date of any hearing or proceeding on the Court's calendar and will not prejudice either party. The extensions of time sought are as follows:

1. The parties seek a revised deadline of January 15, 2014, by which to make initial expert designations/disclosures.

2. The parties seek a revised deadline of February 5, 2014, by which to make rebuttal expert designations/disclosures.

3. The parties seek a revised expert discovery cutoff of February 20, 2014.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: December 9, 2013    Respectfully submitted,

LAW OFFICES OF DENNIS JOHN WOODRUFF

By: */s/ Dennis John Woodruff*
DENNIS JOHN WOODRUFF

Attorney for Plaintiff
Carol Benz

DATED: December 9, 2013    Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Susan W. Pangborn*
SUSAN W. PANGBORN

Attorneys for Defendant
The Clorox Company

Attestation: Pursuant to Civil L.R. 5-1 (i)(3) regarding signatures, I, Susan W. Pangborn, hereby attest that concurrence in the filing of this document has been obtained from Dennis John Woodruff.

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3   DATED: _December 9, 2013_____    _____
                                             Honorable William H. Orrick
4                                            United States District Judge