UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL BENZ,<br><br>      Plaintiff,<br><br>      v.<br><br>THE CLOROX COMPANY,<br><br>      Defendant. | Case No. 13-cv-01361-WHO<br><br>**ORDER ON DISCOVERY DISPUTE**<br>Re: Dkt. No. 31 |

Currently before the Court is the parties' discovery dispute, Docket No. 31. The Court held a telephonic conference on December 20, 2013 to discuss this matter. During the conference, plaintiff's counsel confirmed that plaintiff is not seeking emotional distress damages. Therefore, the issue of defendant's access to information regarding plaintiff's mental health is moot. With respect to information regarding plaintiff's physical health, relevant to her claim for front pay, the Court will allow defendant to conduct an Independent Medical Exam by a doctor of defendant's choice. The parties are encouraged to have the IME performed in the near future, but if necessary the parties may stipulate to a further short extension in the expert discovery deadlines adopted by the Court on December 9, 2013.

**IT IS SO ORDERED**.

Dated: December 20, 2013



WILLIAM H. ORRICK
United States District Judge